

**SIGNED THIS 25th day of June, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

IN RE:      **MANUELA ROACH**                    Chapter 13
                                                 Case No.: **19-61259**

**ORDER ON MOTION TO EXTEND TIME TO FILE PLAN**

On the Motion of Manuela Roach, debtor, by counsel, to extend the time to file the Chapter 13 Plan from June 25, 2019, and by agreement with the Chapter 13 Trustee, it is ordered that the time to file the Lists, Schedules, Statements and Chapter 13 Plan is extended until July 9, 2019.

Counsel for Debtor is hereby directed to mail, or deliver via acceptable electronic means, copies of this Order to the Debtors, Herbert L. Beskin, Chapter 13 Trustee, and to the Office of the U.S. Trustee.

**END OF ORDER**

Presented by:

/s/ William T. Harville
William T. Harville (VSB # 19802)
Counsel for Debtor


Seen and agreed:

/s/ Herbert L. Beskin
Herbert L. Beskin
Chapter 13 Trustee